**FILED**

**JUN 3 0 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STANLEY SEEKFORD,                                  )
                                                   )
                    Plaintiff,                     )     Case: 1:15-cv-01022
                                                   )     Assigned To : Unassigned
        v.                                         )     Assign. Date : 6/30/2015
                                                   )     Description: Pro Se Gen. Civil
ELAINE MAUCK,                                      )
                                                   )
                    Defendant.                     )

**MEMORANDUM OPINION**

According to plaintiff, defendant is responsible for "violations of (US Code Title 18 Chapter 73) prevention of justice by the Berkeley County Council and Government." Compl. at 1. He demands "[a] full pardon on [his] fabricated record," as well as "[c]ompensation for the time [he] served[,] title to [his] property and possibly charges on Kyle Stephens who stole [his] car [and] identity and possessions claiming to be following orders of the CIA." *Id.*

Chapter 73 of Title 18 of the United States Code pertains to obstruction of justice. *See generally* 18 U.S.C. § 1501 *et seq.* Because there is no private right of action under these provisions, the complaint fails to state a claim upon which relief can be granted. *See, e.g., Roettgen v. Jardins*, No. 14-cv-02913, 2015 WL 1538085, at *3 (S.D. Cal. Apr. 7, 2015); *Guttilla v. City of New York*, No. 14-CV-156, 2015 WL 437405, at *11 (S.D.N.Y Feb. 3, 2015).

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order accompanies this Memorandum Opinion.

DATE: 6/18/15                                      _____
                                                   United States District Judge